IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0987-09






RICHARD LYNN WINFREY, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE ELEVENTH COURT OF APPEALS


SAN JACINTO COUNTY





 Cochran, J., filed a concurring opinion, in which Womack, Johnson and
Holcomb, JJ., joined.


OPINION 



 Appellant did not object at trial to Deputy Pikett's "dog scent line-up" testimony. 
Therefore, neither the court of appeals nor this Court has had an occasion to review or
determine the admissibility of that evidence under either Kelly v. State (1) or Nenno v. State. (2) 
But, as the majority holds, even if Deputy Pikett's testimony concerning the "dog scent line-up" was properly admissible under Rule 702, the evidence is still legally insufficient to
support appellant's conviction.

 With that understanding, I join the majority opinion.


Filed: September 22, 2010

Publish
1. 824 S.W.2d 568 (Tex. Crim. App. 1992) (setting out standards for the admissibility of
scientific expert testimony under Tex. R. Evid. 702).
2. 970 S.W.2d 549 (Tex. Crim. App. 1998) (setting out standards for the admissibility of
non-scientific expert testimony under Tex. R. Evid. 702).